**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | TN Care, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  The Terrace Nursing Home |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-2858430 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1615 Sunset Ave.,<br>Waukegan, Illinois 60087 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lake | Location of principal assets, if different from principal place of business |
| County | c/o TM Healthcare Management<br>15443 Summit Ave.<br>Oakbrook Terrace, IL 60181 |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership
- [ ] Other. Specify: _____

7. **Describe debtor's business**   A. *Check one:*

   ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.naics.com/search/.

      _____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☑ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No

    ☑ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor **SEE ATTACHED**     Relationship to you _____
    District _____   When _____   Case number, if known _____

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                             Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

TN Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

    By: JLM Financial Investments 13, LLC,
        a Texas limited liability company,
        its general partner

        By: _____
            Patrick Laffey, Manager and
            Designated Representative

                                                        Printed name

Title _____

---

**18. Signature of attorney**   X _____   Date _____
                             Signature of attorney for debtor                MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**      Email address _____

**06183621**
Bar number and State


**Burke Warren MacKay & Serritella P.C.**
Firm name

**330 North Wabash Avenue**
**Suite 2100**
**Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone  **312-840-7000**      Email address _____

---

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

TN Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner

By: _____
Patrick Laffey, Manager and Designated Representative

Printed name

Title

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 10/30/17
MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone 312-641-6777   Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone 312-840-7000   Email address _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

## RELATED BANKRUPTCY CASES FILED

| **Debtor** | **Relationship** | **District** | **Date Filed** | **Case No.** |
|---|---|---|---|---|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:

Debtor name: **TN Care, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Allstate - American Heritage Insurance<br>PO BOX 650514<br>Dallas, TX 75265-0514 | | | | | | $12,207.80 |
| City of Waukegan (WATER)<br>100 N. Martin Luther King Jr. Ave.<br>Waukegan, IL 60085-4395 | | | | | | $19,005.91 |
| Constellation - Electric<br>PO BOX 4640<br>Carol Stream, IL 60197-4640 | | | | | | $32,617.73 |
| Constellation - Gas<br>Bank of America Lockbox Services<br>15246 Collections Center Dr.<br>Chicago, IL 60693-0152 | | | | | | $11,135.31 |
| Dr. Singh<br>967 Mt. Vernon Ave.<br>Lake Forest, IL 60045 | | | | | | $10,500.00 |
| e-Health Data Solutions<br>PO BOX 385<br>Aurora, OH 44202-0385 | | | | | | $6,300.00 |
| Ecolab<br>PO BOX 70343<br>Chicago, IL 60673-0343 | | | | | | $6,524.56 |

Debtor **TN Care, LLC**
_____   Case number *(if known)* _____
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Edward Don & Co.** 9801 Adam Don Parkway Woodridge, IL 60517 | | | | | | $12,130.14 |
| **EKS Management** 6865 N Lincoln Lincolnwood, IL 60712 | | | | | | $8,483.69 |
| **Fitzsimmons Hospital Services** PO Box 497 Oak Forest, IL 60452 | | | | | | $58,883.15 |
| **Illinois Council on Long Term Care** 203 N. LaSalle St. Suite 2100 Chicago, IL 60601 | | | | | | $65,670.75 |
| **LifeScan** 5255 Golf Rd. Skokie, IL 60077-1106 | | | | | | $9,679.00 |
| **Medline Industries Inc.** Dept. CH 14400 Palatine, IL 60055-4400 | | | | | | $63,636.61 |
| **NICL Laboratories** 306 Era Drive Northbrook, IL 60062 | | | | | | $9,137.85 |
| **ONR National** 1101S Capital of Texas Hwy Bldg G Ste 200 Austin, TX 78746 | | | | | | $75,045.49 |
| **Performance Food Group-TPC** 8001 TPC. Road Rock Island, IL 61204-7210 | | | | | | $31,818.91 |
| **Pharmore Drugs LLC** 3412 W. Touhy Skokie, IL 60076 | | | | | | $89,832.22 |
| **PointClickCare** P.O.Box 674802 Detroit, MI 48267 | | | | | | $16,018.63 |
| **Rehab Care** P.O. Box 503534 St. Louis, MO 63150-3534 | | | | | | $500,934.89 |

Debtor **TN Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UnitedHealthcare Insurance Company<br>Dept. CH 10151<br>Palatine, IL 60055-0151** | | | | | | **$6,214.10** |

# United States Bankruptcy Court
### Northern District of Illinois

In re    TN Care, LLC  
                    Debtor(s)

Case No.  
Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    133

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____    _____  
                              Signer/Title

A-TEC Ambulance Inc
PO BOX 457
Wheeling, IL 60090-0457

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

Centrad Healthcare, Inc
184 Shuman Blvd
Suite 130
Naperville, IL 60563

ABILITY NETWORK INC
DEPT CH 16577
Palatine, IL 60055

Aquarium Maintenance Service
PO Box 8098
Gurnee, IL 60031

CHANGE HEALTHCARE
PO BOX 572490
Murray, UT 84157

Accurate Biometrics
500 Park Boulevard
Suite 1260
Itasca, IL 60143

AT&T Long Distance
PO BOX 5017
Carol Stream, IL 60197-5017

Charles E. Butzow Architect
301 Spring Circle
Urbana, IL 61802

Accurate Document Desctruction Inc.
2500 Landmeier Rd.
Elk Grove Village, IL 60009-1957

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

Chemsearch Division
PO Box 152170
Irving 75015-2170

Ace Hardware
155 Peterson Rd
Libertyville, IL 60048

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Chicago Tribune
PO Box 9001157
Louisville, KY 40290-1157

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Car Leasing, Inc
7100 N. Ridgeway
Lincolnwood, IL 60712

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

Advanced Disposal-Waukegan-T2
PO BOX 74008053
Chicago, IL 60674-8053

Cardiac Diagnostics
3357 Commercial Ave.
Northbrook, IL 60062

City of Waukegan (WATER)
100 N. Martin Luther King Jr. Ave.
Waukegan, IL 60085-4395

Aetna
333 West Wacker Drive
Chicago, IL 60606

Care Trak International Inc.
1202 Walnut St.
Murphysboro, IL 62966

Coker Services, Inc.
125 W North Ave
Villa Park, IL 60181

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

CarLease.com
7100 N. Ridgeway
Lincolnwood, IL 60712

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

Carlsen's Elevator Services Inc.
2468 Wisconsin Ave
Downers Grove, IL 60515

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Constellation -
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

eHealth Data Solutions
PO BOX 385
Aurora, OH 44202-0385

Fitzsimmons Hospital Services
PO Box 497
Oak Forest, IL 60452

Contech-MSI CO.
PO BOX 1295
Bedford Park, IL 60499-1295

Ecolab
PO BOX 70343
Chicago, IL 60673-0343

Flow Tek, Inc.
7314 Island Circle
Boulder, CO 80301

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

Edward Don & Co.
9801 Adam Don Parkway
Woodridge, IL 60517

G. Neil
PO BOX 451179
Sunrise, FL 33345-1179

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

EKS Management
6865 N Lincoln
Lincolnwood, IL 60712

Greenleaf Orthopaedic Asso
105 N Greenleaf St
Gurnee, IL 60031

Crest Healthcare Supply
P.O. Box 727
Dassel, MN 55325-0727

Elite Medical Transportation
PO Box 992
Mokena, IL 60448

GUARDIAN
PO BOX 677458
Dallas, 0 75267-7458

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

EZ Way Inc.
PO BOX 89
Clarinda, IA 51632

Harmony Health Plan
29 North Wacker Drive
Suite 300
Chicago, IL 60606-3203

DEX ONE
PO BOX 9001401
Louisville, KY 40290

Family Health Network
322 South Green St. Suite 400
Chicago, IL 60607

Healthcare and Family Services
HFS/Bureau of Fiscal Operations
PO BOX 19491
Springfield, IL 62794-9491

Dick Vandenbos
1412 Berwick Blvd.
Waukegan, IL 60085

FERN Office Supplies
PO BOX 100895
Atlanta, GA 30384-4174

Humana
500 W. Main St.
Louisville, KY 40202

Dr. Singh
967 Mt. Vernon Ave.
Lake Forest, IL 60045

First Advantage Tax Consulting Services
P.O.Box 404537
Atlanta, GA 30384-4537

Hygiene Solutions
2286 Cornell Ave
Montgomery, IL 60538

Dr. Vivek Arora
Dr. Vivek Arora M.D.
45 Tower Court
Suite C.
Gurnee, IL 60031

Fitzsimmons Home Medical Equipment
800 W. 186th Street
Tinley Park, IL 60487

ICE MOUNTAIN Direct
a Division of Nestle Waters N. Ame
PO BOX 856680
Louisville, KY 40285-6680

IlliniCare Health Plan
999 Oakmont Plaza Drive
4th Floor
Westmont, IL 60559

Illinois Bone & Joint Institute
5057 Paysphere Circle
Chicago, IL 60674

Illinois Council on Long Term Care
203 N. LaSalle St.
Suite 2100
Chicago, IL 60601

Illinois Office State Fire Marshall
PO BOX 3331
Springfield, IL 62708-3331

Impact Networking LLC
75 Remittance Drive
Dept. 1820
Chicago, IL 60675

Independent Living Systems
5200 Blue Lagoon Drive
Suite 500
Miami, FL 33126

Information Controls Inc.
1358 Fourth Avenue
Rockford, IL 61104-3164

J & L Landscaping
1664 Ferry St.
Waukegan, IL 60087

J.S Paluch Co. Inc.
PO Box 2703
Schiller Park, IL 60176

Johnson Water Conditioning
220 W. St.Charles
Villa Pk, IL 60181

KKC Imaging Systems
1550 N. Farnsworth Ave
Aurora, IL 60505

KONE INC.
PO Box 3491
Carol Stream, IL 60132-3491

Lev Diagnostics
3194 Doolittle Dr.
Northbrook, IL 60062

LifeScan
5255 Golf Rd.
Skokie, IL 60077-1106

Liturgical Publications Inc.
PO BOX 510817
New Berlin, WI 53151-0817

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

MAXXSOURCE
6301 W. Lincoln Ave.
West Allis, WI 53219

MB Financial Bank, N.A
ATTN:Rosa Ayala(Floor 4)
6111 N River Road
Rosemont, IL 60018

MBS Imaging LLC
1919 S. Highland Ave.
Building C Suite 100
Lombard, IL 60148

MedAssure of Indiana
920 E COUNTY LINE RD.
STE 102
Lakewood, NJ 08701

Medicaid
201 South Grand Avenue East
3rd FL
Springfield, IL 62763

Medical Diagnostic Services Inc.
3701 W. Jarvis Ave.
Skokie, IL 60076

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Meridian
222 N. LaSalle St., Suite 930
Chicago, IL 60601

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

Midwest Healthcare Systems Inc.
#NAME?
42683 N. Woodbine Ave.
Antioch, IL 60002

Molina
1520 Kensignton Road
Suite 212
Oak Brook, IL 60523

Next Level
3019 W. Harrison St.
Chicago, IL 60612

NICL Laboratories
306 Era Drive
Northbrook, IL 60062

North Shore Gas
PO BOX 2968
MILWAUKEE, WI 53201-2968

North Shore Sanitary District
PO BOX 2140
Bedford Park, IL 60499-2140

Pharmore Drugs LLC
3410 W. Touhy
Skokie, IL 60076

Relias & Tsonas LLC
150 S WACKER DR
SUITE 1600
Chicago, IL 60606

North Suburban Home Maintenance
PO BOX #5
Lake Bluff, IL 60044

Pitney Bowes Global Financial Services
PO BOX 371887
Pittsburgh, PA 15250-7887

Reserve Account
PO BOX 223648
Pittsburgh, PA 15250-2648

Northern Weathermakers HVAC
339 Anthony Trail
Northbrook, IL 60062

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Retirement Home TV Corporation
4604 Arden Dr
Fort Wayne, IN 46804

Nutrition Care Systems
8770 W. Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3515

PointClickCare
5570 Explorer Drive
Mississauga, ON

Seco Refrigeration Inc.
PO BOX 88458
Chicago, IL 60680-1458

ONR National
1101S Capital of Texas Hwy
Bldg G Ste 200
Austin, TX 78746

Prospect Resources Inc
8170 N McCormick Blvd
Suite #107
Skokie, IL 60076

Sentry Pest Control
PO Box 597451
Chicago, IL 60659

Pacific Telemanagement Services
2001 Crow Canyon Road Ste 201
San Ramon, CA 94583-5388

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

Patterson Medical Supply Inc.
PO BOX 93040
Chicago, IL 60673-3040

R L Specialty Co
PO BOX 904
Skokie, IL 60076-0904

Socialwork Consulting Group
1104 Hunter Rd
Glenview, IL 60025

Peoria Production Shop
2029 West Townline Road
Peoria, IL 61615

Ray Alderman & Sons
2209 S. Colony Ave.
Union Grove, WI 53182

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

Performance Food Group-TPC
8001 TPC. Road
Rock Island, IL 61204-7210

Rehab Care
P.O. Box 503534
St. Louis, MO 63150-3534

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

Personnel Planners Inc.
913 W. Van Buren
N-3A
Chicago, IL 60607

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

UFCW Benefits Fund
9801 W. Higgins Road, Suite 500
Des Plaines, IL 60018

UFCW Local 1546
1340 Remington Rd.
Ste. WX
Schaumburg, IL 60173

Windstream Louisville
Pae'tec Services
PO BOX 9001013
Louisville, KY 40290-1013

UFCW Local 1546
1649 West Adams St., 2nd FL
Chicago, IL 60612

Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707-7857

UFCW Midwest Pension Fund
PO BOX 94462
Chicago, IL 60690-4462

Zoll Lifecor Corp
PO BOX 644321
Pittsburgh, PW 15264-4321

UnitedHealthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151

UroPartners LLC.
2245 Enterprise DrSuite 4506
Westchester, IL 60154

US Dept of H.U.D. Region V
Attn: David Cole,  Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

VERIFY
206 South Sixth Street
Springfield, IL 62701

Vista Medical Center East
PO Box 504316
Saint Louis, MO 63150

Washtown Equipment Co. Inc.
4036 W. Montrose Ave.
Chicago, IL 60641

Waukegan Clinic Corp
PO Box 8927
Belfast 04915-8927

# United States Bankruptcy Court
### Northern District of Illinois

In re  TN Care, LLC  
                                        Debtor(s)

Case No. _____  
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  TN Care, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JLM Financial Healthcare, LP, a  
Texas limited partnership, its  
sole member

☐ None [*Check if applicable*]

10/30/17  
Date

DAVID K. WELCH  
Signature of Attorney or Litigant  
Counsel for  TN Care, LLC  
Crane, Heyman, Simon, Welch & Clar  
Suite 3705  
135 South LaSalle Street  
Chicago, IL 60603-4297  
312-641-6777 Fax:312-641-7114